IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14CR00120-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| TERESA LYN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, upon the consent of the parties, as shown by their signatures below, hereby enters the following Order.

Upon the consent of the parties, and pursuant to the authority of 18 U.S.C. § 3614(a), the Court hereby ORDERS:

1. That the United States of America and the parties consenting to this Order have reached a resolution involving the personal property listed on the inventory attached hereto and marked as Exhibit A. The parties have further agreed not to pursue any claim of ownership to any property listed on Attachment A.

2. The United States has agreed to allow the below named parties to keep any personal property already removed from the property located at 2905 Cone Manor Lane, Raleigh, North Carolina and not included on Exhibit A, except for two televisions which the parties have already returned to the Cone Manor Lane property.

3. The United States has agreed to allow Megan Ann Reid to pick up the wood art desk with metal sides and black futon chair

currently at 2905 Cone Manor Lane, Raleigh, North Carolina. Megan Ann Reid has been instructed to coordinate the pick up of these items with the U. S. Attorney's Office at her earliest convenience.

4. The U. S. Marshals Service will complete a sale of the property listed on Exhibit A and the two televisions which have been returned to the property, with all sale proceeds will be turned over to the Court to be applied to the ordered restitution.

5. That the United States withdraws the Request for Hearing filed with the Court on June 3, 2015 (DE# 73), and the remaining parties withdraw their petition to be allowed to keep certain property (DE# 71).

SO ORDERED, this 4th day of Aug, 2015.

MALCOLM J. HOWARD
United States District Judge

CONSENTED TO:

G. NORMAN ACKER, III                                    7/1/15
Assistant United States Attorney                        DATE

Dusty T. Carden                                         06/25/2015
                                                        DATE

Dylan M. Carden                                         6/25/2015
                                                        DATE

Megan Ann Reid                                          6/25/2015
                                                        DATE

Teresa Lynn Fletcher - Personal Property - Case No. 5:14CR00120-001H
2905 Cure Manor Lane, Raleigh, NC 27613

DINING ROOM
China hutch/dining table/10 chair/curio

KITCHEN
Round dining table/4 fabric chairs

FAMILY ROOM
Grandfather clcok
Sofa, lounge chair, 2 side chairs
2 end table, coffee table (inlay)
Sheraton table (contents)
Separate bow front server/sideboard
Modern credenza style server

HALLWAY
Sheraton sideboard
Picture - Egret on oil canvas - by Bruner L.L.

DEN/SITTING AREA
Bombay chest
Kidney shaped desk, chair, lamp
Coffee table (glass top, bamboo looking legs) 2 love seats, mirror

ENTRANCE TO BATH (HALLWAY)
Green 4 drawer chest & oil on canvas (Samiay)

BEDROOM (ONE)
King sized wrought iron bed
2 lamps
Pr. of night stands (cherry?) posted corners - inlaid
Modern credenza style storage
Leopard skin
Wooden ornate valet

OFF BEDROOM ONE IN MASTER BATH
L.G. washer (WM33HD) & dryer (DLE3733D) (stacked)

OUTSIDE DECK (OVER POOL)
6 pc. wicker settee, 2 chairs, 2 step stools, coffee table
Hammock, heater

GARAGE
Craftsman roll around chest w/contents
Pool table (disjointed)


GOVERNMENT EXHIBIT A

SECOND LEVEL
LANDING AREA
Round ball & claw inlaid dining table
Picture
Pearl drum set
Kramer guitar Focus 3000
Hepplewhite curved front hall table & contents

Shelf contents - Hobnail vase, lg. metal bottle, antique caprera pitcher, etched glass basket, lg. Bisque Boy & girl w/ animals, misc. pieces

LEFT BEDROOM
Full sized poster bed, 11 drawer dresser w/mirror, 12 drawer chest
Pair of French side chairs w/pillows
Ethan Allen wicker rocker
Sony 42" projection TV (KDF42WE655)
Duncan Phyfe candlestick table, Lyre coffee table, antique rocker
Wicker child's stroller/cradle

ATTIC ROOM OFF LEFT BEDROOM
3 drawer tiger antique chest/dresser

BURGANDY & GRAY BEDROOM

4 pc. bedroom suite (queen sized bed, 8 drawer dresser & mirror, 5 drawer chest, 2 drawer side stand, wicker shelf)

UPPER UTILITY ROOM OFF HALLWAY
Side by side Miele touchtronic washer (SRW4842)
Miele touchtronic dryer (SR29T9802)

BASEMENT AREA OFF POOL
Pool table - ball & claw footed, Italian slate top, pool sticks
Large pedestal table, round table made on bicycle tires, naugahyde side chairs with matching stools
4 paintings
Love seat
7 drawer metal on wood chest
Roll type popcorn machine (nostalgia)
Duncan Phyfe antique sofa
Coffee table, 2 side/end tables

DOUBLE GARAGE AREA (OFF POOL SIDE)
Antique round tiger oak dining table & 4 chairs
4 mountain bikes (Vision 26)
Spec. Hot Rock
Huffy (Santa Fe)
Shogun Zero Gravity & helmet

POOL SIDE
4 lounge chairs, round table
2 chairs, round brown wrought iron table w/umbrellas & 6 chairs