# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

August 27, 2015

Mr. Larry Constantine Economos
ECONOMOS LAW FIRM, PLLC
200 West 3rd Street
Suite C
Cary, NC 27511


No. 15-4141,   US v. Teresa Fletcher
               5:14-cr-00120-H-1

Dear Mr. Economos:

Counsel must file a status report regarding the motion to voluntarily dismiss this appeal or a motion for an extension of time of the briefing schedule **on or before 9/4/15.**


                                    Sincerely,

                                    /s/ Barbara H. Rowe
                                    Deputy Clerk